IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
) Criminal No. 3:11-00082
v. ) Judge Trauger
)
)
[3] FRANK DWAYNE RANDOLPH, )
a/k/a TUBBS, )

## VERDICT FORM

We, the Jury, unanimously find the following:

### COUNT ONE

1. With respect to the charge in Count One of the Indictment of conspiracy to distribute or conspiracy to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, we find the Defendant, FRANK DWAYNE RANDOLPH:

Guilty: __X__     Not Guilty: _____

INSTRUCTION: If you answered "Guilty" in response to Question No. 1, proceed to Question Nos. 1(a), 1(b), and 1(c). If you answered "Not Guilty" in response to Question No. 1, skip Question Nos. 1(a), 1(b), and 1(c), and proceed to Question No. 2.

1(a). With respect to Count One of the Indictment, the amount of cocaine involved in the conspiracy was:

_____     5 kilograms or more

_____     At least 500 grams but less than 5 kilograms

1

| _____ | Less than 500 grams |
| __X__ | None |

1(b). With respect to Count One of the Indictment, the amount of crack cocaine involved in the conspiracy was:

| _____ | 280 grams or more |
| _____ | At least 28 grams but less than 280 grams |
| _____ | Less than 28 grams |
| __X__ | None |

1(c). With respect to Count One of the Indictment, the amount of marijuana involved in the conspiracy was:

| _____ | 100 kilograms or more |
| _____ | At least 50 kilograms but less than 100 kilograms |
| _____ | Less than 50 kilograms |
| __X__ | None |

## COUNT TWO

2. With respect to the charge in Count Two of the Indictment of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), we find the Defendant, FRANK DWAYNE RANDOLPH:

Guilty: __X__   Not Guilty: _____

## COUNT THREE

3. With respect to the charge in Count Three of the Indictment of possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c), we find the Defendant, FRANK DWAYNE RANDOLPH:

Guilty: _____    Not Guilty: ___X_____

## COUNT TEN

10. With respect to the charge in Count Ten of the Indictment of being an accessory after the fact to conspiracy to distribute or possess with intent to distribute controlled substances, in violation of 18 U.S.C. § 3, we find the Defendant, FRANK DWAYNE RANDOLPH:

Guilty: ___X_____    Not Guilty: _____

INSTRUCTION: If you answered "Guilty" in response to Question No. 10, proceed to Question Nos. 10(a), 10(b), and 10(c). If you answered "Not Guilty" in response to Question No. 10, skip Question Nos. 10(a), 10(b), and 10(c), and proceed to Question No. 12.

10(a). With respect to Count Ten of the Indictment, the amount of cocaine involved in the conspiracy was:

| | |
|---|---|
| _____ | 5 kilograms or more |
| _____ | At least 500 grams but less than 5 kilograms |
| _____ | Less than 500 grams |
| ____X____ | None |

3

10(b). With respect to Count Ten of the Indictment, the amount of crack cocaine involved in the conspiracy was:

| | |
|---|---|
| _____ | 280 grams or more |
| _____ | At least 28 grams but less than 280 grams |
| _____ | Less than 28 grams |
| \_\_\_\_X\_\_\_\_ | None |

10(c). With respect to Count Ten of the Indictment, the amount of marijuana involved in the conspiracy was:

| | |
|---|---|
| _____ | 100 kilograms or more |
| _____ | At least 50 kilograms but less than 100 kilograms |
| _____ | Less than 50 kilograms |
| \_\_\_\_X\_\_\_\_ | None |

## COUNT TWELVE

12. With respect to the charge in Count Twelve of the Indictment of perjury, in violation of 18 U.S.C. § 1621(1), we find the Defendant, FRANK DWAYNE RANDOLPH:

Guilty: \_\_\_\_X\_\_\_\_     Not Guilty: _____

\_\_\_\_\_[redacted signature]\_\_\_\_\_
Foreperson

\_\_11-16-12\_\_
Date