UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:11-CR-00082 |
| | ) | JUDGE TRAUGER |
| [3] FRANK DWAYNE RANDOLPH a/k/a TUBBS, | ) | |

## SPECIAL FORFEITURE VERDICT FORM
## AS TO
## DEFENDANT FRANK DWAYNE RANDOLPH a/k/a TUBBS

**MONEY JUDGMENT**

1. What amount, if any, has the United States established by a preponderance of the evidence was property constituting or derived from proceeds obtained, directly, or indirectly, from the drug trafficking conspiracy for which Defendant Frank Dwayne Randolph a/k/a Tubbs was found guilty in Count One?

     __X__ $750,000

     _____ Some other amount, specifically: _____

     _____ None

**OTHER ASSETS**

<u>$25,544 Cash seized from Frank Randolph's residence</u>

2. Of the $25,544.00 United States currency seized on March 17, 2011 from 509 West Poplar Street, Pulaski, Tennessee, what amount, if any, has the United States established by a preponderance of the evidence was property constituting or derived from proceeds obtained, directly, or indirectly, from the drug trafficking conspiracy or facilitated that conspiracy for which Defendant Frank Dwayne Randolph a/k/a Tubbs was found guilty in Count One?

     __X__ $25,544.00

     _____ Some other amount, specifically: _____

     _____ None

1

### First National Bank – Savings Account

3. Of the $12,351.88 seized as the contents of First National Bank of Pulaski Savings Account #1060313 on March 22, 2011 what amount, if any, has the United States established by a preponderance of the evidence was property constituting or derived from proceeds obtained, directly, or indirectly, from the drug trafficking conspiracy or facilitated that conspiracy for which Defendant Frank Dwayne Randolph a/k/a Tubbs was found guilty in Count One?

__X__ $12,351.88

_____ Some other amount, specifically: _____

_____ None

### CD 23166

4. Of the $11,639.69 seized as the value of Bank of Frankewing Certificate of Deposit #23166 on March 22, 2011 what amount, if any, has the United States established by a preponderance of the evidence was property constituting or derived from proceeds obtained, directly, or indirectly, from the drug trafficking conspiracy or facilitated that conspiracy for which Defendant Frank Dwayne Randolph a/k/a Tubbs was found guilty in Count One?

__X__ $11,639.69

_____ Some other amount, specifically: _____

_____ None

### Cash from Safe Deposit Box 704

5. Of the $10,640.00 United States currency seized on March 22, 2011 from Safe Deposit Box 704, First National Bank of Pulaski, what amount, if any, has the United States established by a preponderance of the evidence was property constituting or derived from proceeds obtained, directly, or indirectly, from the drug trafficking conspiracy or facilitated that conspiracy for which Defendant Frank Dwayne Randolph a/k/a Tubbs was found guilty in Count One?

   __X__  $10,640.00

   _____  Some other amount, specifically: _____

   _____  None

### REAL PROPERTY
### Vacant Lot

6. Has the United States established, by a preponderance of the evidence, that the Real Property identified as Map 167B, Parcel 14 and running parallel to Thompson Lane Road, Giles County, Tennessee is property constituting or derived from proceeds obtained, directly, or indirectly from the drug trafficking conspiracy or facilitated that conspiracy, for which the Defendant Frank Dwayne Randolph a/k/a Tubbs was found guilty in Count One?

   Yes: _____

   No: __X__

### Frank Randolph's residence

7. Has the United States established, by a preponderance of the evidence, that the Real Property identified as 509 West Poplar, Pulaski, Tennessee is property constituting or derived from proceeds obtained, directly, or indirectly from the drug trafficking conspiracy or facilitated that conspiracy, for which Defendant Frank Dwayne Randolph a/k/a Tubbs was found guilty in Count One?

   Yes: _____

   No: __X__

## OTHER PROPERTY

8. Has the United States established, by a preponderance of the evidence, other property constituting or derived from proceeds obtained, directly, or indirectly from the drug trafficking conspiracy or facilitated that conspiracy for which Defendant Frank Dwayne Randolph a/k/a Tubbs was found guilty in Count One?

Yes: __X__

No: _____

If so, please name that property below:

any firearms, any ammunition, white Ford F150

This _16_ day of _November_, 2012.

_____
Foreperson