# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [3] FRANK DWAYNE RANDOLPH | ) | |

## **O R D E R**

It is hereby **ORDERED** that the government shall respond to the defendant's Motion For New Trial (Docket No. 1204) by January 11, 2013.

It is so **ORDERED**.

ENTER this 14th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge