Motion GRANTED. Hearing reset for 3/28/13 at 10:00 a.m.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Docket No. 3:11-00082-3 |
| | ) | *The Honorable Aleta J. Trauger* |
| FRANK RANDOLPH, | ) | *U.S. District Court Judge* |
| | ) | |
| Defendant. | ) | |

## FRANK RANDOLPH'S MOTION TO CONTINUE SENTENCING

Comes the Defendant Frank Randolph and moves the Court to continue his sentencing – currently set for February 25 at 3:00 p.m. -- for thirty (30) days. In support hereof, your Defendant would show that the trial testimony of Government witness Amber Stack, and the court proceedings on his aborted guilty plea, are germane to two of the issues before the Court at his sentencing. Those issues are whether $200,000 was laundered by Mr. Randolph (for a 12-level increase) and whether Mr. Randolph, by trying to plead guilty in January, 2012, has earned a downward adjustment for acceptance of responsibility.

Both court reporters on the two afore-mentioned transcripts have been contacted, and one can immediately begin the Stack transcript. The plea hearing was not lengthy and should be transcribed within thirty (30) days.

The Government is not prejudiced by the requested continuance. Mr. Randolph remains incarcerated. The February 25 date is the first setting for Mr. Randolph's sentencing, and he would point out that several of his co-defendants have repeatedly had their sentencing hearings reset.