Motion GRANTED for extension to 10/7/13.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No: 3:11-cr-00082-03 |
| ) | |
| FRANK DWAYNE RANDOLPH ) | |

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF REGARDING DEFENDANT'S MOTION TO STAY FORFEITURE PROCEEDINGS**

COMES NOW, Defendant Frank Randolph, and respectfully requests this Court to grant him an extension of time to file his reply brief addressing the likelihood of success on appeal. In support thereof, he shows the following:

Mr. Randolph filed a Petition to Stay Forfeiture Pending Appeal on June 6, 2013, Docket Entry ("D.E.") 1405. The Government filed a motion in response opposing the Petition for multiple reasons, including that the Petition was not timely because the Court had not yet entered a Final Order of Forfeiture, and because Mr. Randolph was not likely to be successful on appeal. The Court then ordered Defendant to respond to the Government's motion by today, August 21, 2013.

The transcripts from Mr. Randolph's trial have been provided to undersigned counsel in several separate deliveries because a) certain portions of the trial

1